UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAR 11  A 10: 30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR0591-JM |
| Plaintiff ) | CRIMINAL NO. 08mj0462 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Diego Leonardo Torres ) | Booking No. 07239298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Mariana Gonzalez-Perez

DATED: 3/11/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk