**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Diego Leonardo Torres ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj462 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

WILLIAM McCURINE, JR.

On order of the United States District/Magistrate Judge, ~~(circled)~~

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Ricardo Guinto-Gonzalez

DATED: 2/28/08

---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____ 
    Deputy Clerk