UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 08mj0462 |
| Plaintiff ) | CRIMINAL NO. | 08CR0591-JM |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| Diego Leonardo Torres ) | | |
| ) | Booking No. | 07239298 |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Ricardo Guinto-Gonzalez

DATED: 3/11/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk